Decided June 14, 1910.

## SITZ v. SWAIN.

[109 Pac. 273.]

APPEAL AND ERROR—NOTICE OF APPEAL—NECESSITY FOR INDORSEMENT OF SERVICE OF NOTICE.

The filing of the notice of appeal with service indorsed thereon within the time prescribed by Section 549, B. & C. Comp., providing that, when notice has not been given in open court, appellant must, within six months from entry of judgment, file with the clerk of the court in which the judgment is rendered the notice of appeal, with proof of service indorsed thereon, is essential to the jurisdiction of the Supreme Court.

From Harney: GEORGE E. DAVIS, Judge.

This is an action by R. R. Sitz against A. S. Swain. From a judgment in favor of defendant, plaintiff appeals. Respondent moves to dismiss appeal.          DISMISSED.

*Mr. G. A. Rembold* and *Messrs. Fee & Slater* for the motion.

*Messrs. Biggs & Biggs, contra.*

Opinion PER CURIAM.

It appears from the record, and is conceded by plaintiff, that the decree appealed from was entered on the 20th day of February, 1909. The notice of appeal was not filed until August 23, 1909, three days after the expiration of six months from the entry of the decree. The filing of the notice of appeal with service indorsed thereon within the time prescribed by the statute (Section 549, B. & C. Comp.) is jurisdictional, and the delay is fatal to this appeal. *Muckle* v. *Columbia Co.,* 56 Or. 146 (108 Pac. 120.)

The appeal is dismissed.                    DISMISSED.